# EXHIBIT A

| | | |
|---|---|---|
| **Receipt Number**<br>IOE0925641093 | | **Case Type**<br>I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date**<br>04/29/2024 | **Priority Date**<br>04/29/2024 | **Petitioner** [redacted]<br>KHAN, RAHMAT HUSSAIN |
| **Notice Date**<br>03/18/2026 | **Page**<br>1 of 1 | **Beneficiary** [redacted]<br>KHAN, MARYA |

KHAN, RAHMAT HUSSAIN
c/o ALWARDI, BAN NMN
Law Office of Ban Alwardi
4030 PALOS VERDES DR N STE. 200
ROLLING HILLS ESTATES CA 90274

**Notice Type:** Approval Notice
Section: Husband or wife of U.S Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC). The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov/inquiry.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**

# EXHIBIT B

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Immigrant Visa

| | |
|---|---|
| CASE NUMBER: | ISL2026581009 |
| VISA CLASS: | IR1 |
| YOUR CASE IS CURRENTLY AT: | NVC |
| FOREIGN STATE OF CHARGEABILITY: | PAKISTAN |
| INTERVIEW LOCATION: | ISLAMABAD |
| PRIORITY DATE: | 29-APR-2024 |

# Summary Information

The National Visa Center (NVC) has received your approved immigrant visa petition from the U.S. Citizenship and Immigration Services. Before NVC can schedule your visa interview, you need to complete the steps listed at https://nvc.state.gov. Please follow these instructions carefully to prevent delays in the processing of your case.

After all required documents are submitted, if something is missing or incorrect, NVC will send you an email to check your CEAC Messages. You can access your CEAC Messages by clicking "View Messages". To verify the email addresses on your case and provide updates as required, click 'Edit' in the Contact Information section.

After your documentation has been accepted by NVC, your interview will be scheduled at the local U.S. Embassy or Consulate.

Refer to https://nvc.state.gov, for additional instructions and helpful hints. If you have further questions, contact NVC online by using our Public Inquiry Form.

FAQs

| MESSAGES | TOTAL | NEW |
|---|---|---|
| View Messages | 3 | 1 |

| CONTACT INFORMATION | |
|---|---|
| Email Addresses | Edit |




**AFFIDAVIT OF SUPPORT (AOS)**

| Add Joint Sponsor / Add Household Member | Role | Affidavit of Support Fee | Affidavit of Support Documents & Financial Evidence |
|---|---|---|---|
| KHAN, RAHMAT | Petitioner/Primary Sponsor | PAID | ACCEPTED |

**APPLICANT INFORMATION**

| | Status | IV Fee | IV Application | Civil Documents |
|---|---|---|---|---|
| KHAN, MARYA<br>PRINCIPAL | PRINCIPAL APPLICANT | PAID | COMPLETED | ACCEPTED |

# EXHIBIT C

CASE NUMBER: ISL2026581009
PRINCIPAL APPLICANT: MARYA KHAN

# Messages

You cannot reply to message(s) from here. Please contact the National Visa Center (NVC) by filling out the Ask NVC Form. You can provide comments to NVC for rejected documents when uploading the replacement document.

Inbox

| Subject | Date |
|---|---|
| **All required applicant documents have been received and approved** | 27-APR-2026 08:15:36 EDT |
| Case Document Review note | 17-APR-2026 11:28:27 EDT |
| DS-260 Review note | 17-APR-2026 11:28:26 EDT |

DOCUMENTARILY QUALIFIED

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.
Copyright Information Disclaimers

# EXHIBIT D



Worldwide Caution: The Department of State advises Americans worldwide to exercise increased caution.

Home | Travel Advisories | Newsroom | About Us | Contact Us | Careers | MyTravelGov | Find U.S. Embassies & Consulates

Travel.State.Gov
U.S. DEPARTMENT of STATE

Search

Congressional Liaison | Special Issuance Agency | U.S. Passports | International Travel | U.S. Visas | Intercountry Adoption | International Parental Child Abduction | Replace or Certify Documents

Tourism & Visit | Business | Employment | Study & Exchange | Immigrate | Other Visa Categories | U.S. Visa: Reciprocity and Civil Documents by Country

Travel.State.Gov > U.S. Visas > Public Inquiry Form

Share this page:

## Public Inquiry Form

Thank you for your inquiry! A Customer Service Representative will reply to you by email as soon as possible. We review and reply to emails in the order in which they are received. Please visit **nvc.state.gov/timeframes** for current processing times.

Case Number: ISL2026581009
Inquiry submitted on: 6/24/2026, 9:48:07 PM

Back

IV SCHEDULING STATUS TOOL

Gmail [redacted]

# Fwd: Ask NVC - Inquiry Form - ISL2026581009

1 message

**Rahmat** [redacted] Wed, Sep 9, 2026 at 4:23 PM

To: [redacted]

---------- Forwarded message ---------
From: **Ban Al-Wardi** <ban@alwardilaw.com>
Date: Wed, Jun 24, 2026 at 11:27 PM
Subject: Fwd: Ask NVC - Inquiry Form - ISL2026581009
To: Rahmat Khan [redacted]

I also submitted a request via the NVC Public Inquiry Form (see below):




---------- Original Message ----------
From: TSGSystem@tsg.state.gov
To: nvcattorney@state.gov
Date: 06/24/2026 9:48 PM PDT
Subject: Ask NVC - Inquiry Form - ISL2026581009

Please do not reply to this email. NVC will answer your inquiry in the order in which it was received. Consult https://nvc.state.gov/timeframes to find out when you can expect a response. We will not respond substantively to mail sent directly to this address. Follow-up inquiries may be made at https://nvc.state.gov/inquiry.

Please retain this email as a record of your contact with NVC.

**Case Number:**
ISL2026581009

**Principal Name:**
Marya Khan

**Date of Birth:**
[redacted]/2000

**Petitioner Name:**
Rahmat Khan

**Inquirer:**
Attorney of Record

**Attorney of Record Name:**
Ban AlWardi

**Attorney Additional Information:**
Law Office of Ban AlWardi 4030 Palos Verdes Dr North Suite 200 Rolling Hills Estates CA 90274

**Inquirer Name:**
N/A

**Inquirer Email:**
ban@alwardilaw.com

**Your Question(s):**
Dear NVC Expedite Unit, My office represents the USC Petitioner, Dr. Rahmat Khan, and his Applicant spouse, Marya Khan in this pending Immigrant Visa case. The NVC determined that the case was Documentarily Qualified on April 17, 2026 and we have been awaiting the scheduling of an IV interview since that date. The USC Petitioner, through my office, respectfully requests an expedited immigrant visa interview at the U.S. Embassy in Islamabad for his wife based on urgent humanitarian circumstances involving both (1) the U.S. citizen petitioner's serious medical condition requiring surgery AND (2) the deteriorating security situation in the region of Pakistan where the beneficiary currently resides. 1. Urgent Medical Need of the U.S. Citizen Petitioner Dr. Rahmat is under the care of Jonathan Gottlieb, MD, and is scheduled to

undergo two major surgeries: prostate surgery and umbilical hernia repair. Dr. Gottlieb confirms that Dr. Rahmat will require continuous assistance with transportation, medication management, wound care, mobility, and post-operative monitoring. He has no family members in the United States who can provide this around the clock care. His wife, Marya Khan, is the only available caregiver capable of providing the sustained support required for his safe and complete recovery. 2. Documented Security Risks in the Beneficiary's Region The beneficiary and the couple's son currently reside in the North West Frontier Province (NWFP) area of Pakistan that is subject to a Level 4 "Do Not Travel" advisory issued by the U.S. Department of State due to terrorism and civil unrest. Recent reporting from local and international media has documented violent attacks, including a rocket attack on a civilian transport vehicle in Swat this month, triggered widespread protests and heightened instability in the region. This is the exact same region where the beneficiary spouse and their son live. It is too dangerous for the USC Petitioner to even attempt to visit. These conditions create significant safety risks for the beneficiary and the couple's minor child, and they further underscore the humanitarian urgency of reuniting the family in the United States. Delaying her immigrant visa interview prolongs their exposure to these conditions and prevents her from providing medically necessary care and support to her USC husband. 3. Case Is Fully Ready for Interview The case is approved and fully documentarily qualified as of 60 days ago. The only remaining step is the scheduling of an immigrant visa interview at the Islamabad post. An expedited appointment would not prejudice government resources and would directly address both the petitioner's medical vulnerability and the beneficiary's safety. Request For these reasons, we respectfully request that NVC expedite the transfer of this case to the U.S. Embassy in Islamabad for the earliest possible immigrant visa interview. Please note that I have attached updated medical letters for the USC Petitioner and DOS warnings specifically advising USCs "DO NOT TRAVEL" to the region of Pakistan where the Applicant and the couple's son reside. A recent article documenting the rocket attack in the neighborhood of the Applicant and the couple's son this month is attached for your reference as well. Please do not hesitate to reach out with any questions or requests. We are prepared to answer. Thank you for your prompt consideration.

**Thank you,**

***Ban Al-Wardi, Esq.*** *(she/her/هي)*
**Law Office of Ban Al-Wardi**
**4030 Palos Verdes Drive North, Suite 200**
**Rolling Hills Estates, CA 90274**
**Tel: 310.544.9827 | www.alwardilaw.com**

*"Resisting injustice begins with seeing the humanity in each other — even when systems try to erase it." - Haifa Zangana*

**3 attachments**

**Expedite Medical Let 6.24.26.pdf**
999K

**PAK Travel Warning June 2026.pdf**
250K

**Swat Valley Rocket Attack June 2026.pdf**
1836K

Gmail [redacted]

# Fwd: Congressman Lieu's Office

1 message

**Rahmat Khan** [redacted] Wed, Sep 9, 2026 at 4:26 PM
To: [redacted]

---------- Forwarded message ---------
From: **Apodaca, Joey** <Joey.Apodaca@mail.house.gov>
Date: Tue, Jul 7, 2026 at 3:43 PM
Subject: Congressman Lieu's Office
To: Rahmat Khan [redacted]

Hello Dr. Khan,

We have sent another Congressional inquiry to the National Visa Center on your behalf, and will update you as soon as we receive any information.

Sincerely,

Joey Apodaca

Deputy District Director

Congressman Ted Lieu (CA-36)

Los Angeles Office: 323-651-1040

---

**From:** Rahmat Khan <drkhan0098@gmail.com>
**Sent:** Wednesday, June 24, 2026 11:45 AM
**To:** Apodaca, Joey <Joey.Apodaca@mail.house.gov>
**Subject:** KHAN,Rahmat

Gmail [redacted]

# Fwd: RE: [External] ISL2026581009

1 message

**Ban Al-Wardi** <ban@alwardilaw.com> Wed, Sep 9, 2026 at 4:48 PM
To: Rahmat Khan <rahmathussain1972@gmail.com>, Mohammed Saleem <msaleem@dnislaw.com>, [redacted]

This was the NVC denial of the expedite request.

---------- Original Message ----------
From: NVCExpedite <NVCExpedite@state.gov>
To: 'Ban Al-Wardi' <ban@alwardilaw.com>
Date: 06/26/2026 9:17 AM PDT
Subject: RE: [External] ISL2026581009

Greetings,

The Department of State has reviewed your request. However, we cannot expedite this case. This case is documentarily complete. That means the National Visa Center has all the required documents. Your immigrant visa case is now waiting for an interview appointment.

The U.S. Embassy or Consulate provides the NVC with a list of available appointment dates and times. We schedule appointments on a first-in first-out basis. After your appointment is scheduled, we will forward your case to the U.S. Embassy or Consulate General.

We cannot predict how long it will take to schedule your appointment, but we will notify the applicant, petitioner, and your attorney (if applicable) when it is scheduled.

You can check current scheduling dates at: https://travel.state.gov/iv-scheduling-status-tool.

For the most up-to-date information about the U.S. Embassy or Consulate General's operating status, please visit their website at https://usembassy.gov.

Information about preparing for interview appointments is available at these websites:

https://nvc.state.gov/prep

https://nvc.state.gov/prep/espanol

Important: Do not make travel arrangements, sell property, or give up employment.

**Penny**
Customer Service Representative I

U.S. Department of State

Bureau of Consular Affairs

National Visa Center

LDRM

U.S. DEPARTMENT *of* STATE

---

**From:** Ban Al-Wardi <ban@alwardilaw.com>
**Sent:** Thursday, June 25, 2026 12:15 AM
**To:** NVCExpedite <NVCExpedite@state.gov>
**Subject:** [External] ISL2026581009
**Importance:** High

You don't often get email from ban@alwardilaw.com. Learn why this is important

EXPEDITE INTERVIEW REQUEST

NVC Case Number: ISL2026581009

APPLICANT: KHAN, Marya

Dear NVC Expedite Unit,

My office represents the USC Petitioner, Dr. Rahmat Khan, and his Applicant spouse, Marya Khan in this pending Immigrant Visa case. The NVC determined that the case was Documentarily Qualified on April 17, 2026 and we have been awaiting the scheduling of an IV interview since that date.

The USC Petitioner, through my office, respectfully requests an expedited immigrant visa interview at the U.S. Embassy in Islamabad for his wife based on urgent humanitarian circumstances involving both (1) the U.S. citizen petitioner's serious medical condition requiring surgery AND (2) the deteriorating security situation in the region of Pakistan where the beneficiary currently resides.

1. Urgent Medical Need of the U.S. Citizen Petitioner

Dr. Rahmat is under the care of Jonathan Gottlieb, MD, and is scheduled to undergo two major surgeries: prostate surgery and umbilical hernia repair. Dr. Gottlieb confirms that Dr. Rahmat will require continuous assistance with transportation, medication management, wound care, mobility, and post-operative monitoring. He has no family members in the United States who can provide this around the clock care. His wife, Marya Khan, is the only available caregiver capable of providing the sustained support required for his safe and complete recovery.

2. Documented Security Risks in the Beneficiary's Region

The beneficiary and the couple's son currently reside in the North West Frontier Province (NWFP) area of Pakistan that is subject to a Level 4 “Do Not Travel” advisory issued by the U.S. Department of State due to terrorism and civil unrest.

Recent reporting from local and international media has documented violent attacks, including a rocket attack on a civilian transport vehicle in Swat this month, triggered widespread protests and heightened instability in the region. This is the exact same region where the beneficiary spouse and their son live. It is too dangerous for the USC Petitioner to even attempt to visit.

These conditions create significant safety risks for the beneficiary and the couple’s minor child, and they further underscore the humanitarian urgency of reuniting the family in the United States. Delaying her immigrant visa interview prolongs their exposure to these conditions and prevents her from providing medically necessary care and support to her USC husband.

3. Case Is Fully Ready for Interview

The case is approved and fully documentarily qualified as of 60 days ago. The only remaining step is the scheduling of an immigrant visa interview at the Islamabad post. An expedited appointment would not prejudice government resources and would directly address both the petitioner’s medical vulnerability and the beneficiary’s safety.

Request

For these reasons, we respectfully request that NVC expedite the transfer of this case to the U.S. Embassy in Islamabad for the earliest possible immigrant visa interview.

Please note that I have attached updated medical letters for the USC Petitioner and DOS warnings specifically advising USCs "DO NOT TRAVEL" to the region of Pakistan where the Applicant and the couple's son reside. A recent article documenting the rocket attack in the neighborhood of the Applicant and the couple's son this month is attached for your reference as well.

Please do not hesitate to reach out with any questions or requests. We are prepared to answer. Thank you for your prompt consideration.

**Thank you,**

***Ban Al-Wardi, Esq.*** *(she/her/هي)*

**Law Office of Ban Al-Wardi**

**4030 Palos Verdes Drive North, Suite 200**

**Rolling Hills Estates, CA 90274**

**Tel: 310.544.9827 l www.alwardilaw.com**

*“Resisting injustice begins with seeing the humanity in each other — even when systems try to erase it.” - Haifa Zangana*

**Thank you,**
***Ban Al-Wardi, Esq.*** *(she/her/هي)*
**Law Office of Ban Al-Wardi**
**4030 Palos Verdes Drive North, Suite 200**
**Rolling Hills Estates, CA 90274**
**Tel: 310.544.9827 | www.alwardilaw.com**

*“Resisting injustice begins with seeing the humanity in each other — even when systems try to erase it.” - Haifa Zangana*

---

**3 attachments**

**PAK Travel Warning June 2026.pdf**
250K

**Expedite Medical Let 6.24.26.pdf**
999K

**Swat Valley Rocket Attack June 2026.pdf**
1836K

Gmail [redacted]

# Fwd: FW: Congressman Lieu's Office / ISL2026581009

2 messages

**Rahmat Khan** [redacted] Wed, Sep 9, 2026 at 4:27 PM
To: [redacted]

---------- Forwarded message ---------
From: **Rahmat Khan** [redacted]
Date: Thu, Aug 20, 2026 at 9:03 PM
Subject: Fwd: FW: Congressman Lieu's Office / ISL2026581009
To: [redacted]

---------- Forwarded message ---------
From: **Rahmat Khan** [redacted]
Date: Wed, Aug 12, 2026 at 7:09 PM
Subject: Re: FW: Congressman Lieu's Office / ISL2026581009
To: Ban Al-Wardi <ban@alwardilaw.com>

Sur!Thank you very much for your help,please let me know once you done that.

On Wed, Aug 12, 2026 at 3:43 PM Rahmat Khan [redacted] wrote:

> ---------- Forwarded message ---------
> From: **Apodaca, Joey** <Joey.Apodaca@mail.house.gov>
> Date: Wed, Aug 12, 2026 at 2:00 PM
> Subject: FW: Congressman Lieu's Office / ISL2026581009
> To: [redacted]
>
> Hello Dr. Khan,
>
> The Embassy's response to our most recent inquiry. I will send another inquiry to the National Visa Center.

Sincerely,

Joey Apodaca

Deputy District Director

Congressman Ted Lieu (CA-36)

Los Angeles Office: 323-651-1040

---

**Sent:** Monday, August 10, 2026 2:27 AM
**To:** Apodaca, Joey <Joey.Apodaca@mail.house.gov>
**Subject:** Fw: Congressman Lieu's Office / ISL2026581009

The Honorable Congressman Ted Lieu

House of Representatives

Washington, D.C.

Attn: Joey Apodaca

Dear Congressman Lieu:

Thank you for your August 7 letter on behalf of your constituent, Rahmat Khan. Your constituent contacted your office concerning the immigrant visa case of Marya Khan.

Department of State consular records indicate that the applicant's case has not been transferred from the National Visa Center to the U.S. Embassy. For more information about the status of this case or to request expedited processing, we would advise your constituent to contact the National Visa Center directly: https://travel.state.gov/content/travel/en/us-visas/immigrate/national-visa-center/nvc-contact-information.html.

In the meantime, we encourage your constituent to monitor the website of the U.S. Embassy for updates about visa processing at https://pk.usembassy.gov/visas/.

If your constituent has additional questions regarding the process, s/he may also contact us directly.

Please note that the information regarding this visa case is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States." Since you have inquired on behalf of the applicant, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicant, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with your constituent.

We hope this information is helpful in responding to your constituent.

Sincerely,

Immigrant Visa Unit

Consular Section /cs

U.S. Embassy – Islamabad

---

**From:** Ban Al-Wardi <ban@alwardilaw.com>
**Sent:** Tuesday, July 7, 2026 2:14 PM
**To:** Apodaca, Joey <Joey.Apodaca@mail.house.gov>; Rahmat Khan <rahmathussain1972@gmail.com>
**Subject:** Fwd: FW: Congressman Lieu's Office / ISL2026581009
**Importance:** High

Dear Mr. Apodaca,

I am writing to you on behalf of Dr. Rahmat Khan, my client and US Citizen Petitioner of his wife Marya Khan who is currently waiting for her Immigrant Visa interview to be scheduled by the US Embassy in Islamabad. My office requested an expedited interview to be scheduled for Dr. Khan's wife with the National Visa Center AND the US Embassy in ISL. The NVC has confirmed that the request should be filed with the US Embassy as they have finalized processing of the DS260 and have determined that the case is "Documentarily Qualified."

We used the attached medical letter and evidence of hardship to support our request for expedited processing. To date, the US Embassy in ISL has not replied to our request.

I am respectfully requesting that your office use the attached medical letter and evidence of unique hardship faced by Dr. Khan and his wife to submit another expedite request with your contacts at the US Embassy in ISL please. The language below is the same language that I used to support our request if helpful.

I am happy to answer any questions or discuss this over a call if helpful. Thank you for your continued time and support of Dr. Khan and his family. Best, Ban.

---

EXPEDITE INTERVIEW REQUEST

NVC Case Number: ISL2026581009

APPLICANT: KHAN, Marya

Dear NVC Expedite Unit,

My office represents the USC Petitioner, Dr. Rahmat Khan, and his Applicant spouse, Marya Khan in this pending Immigrant Visa case. The NVC determined that the case was Documentarily Qualified on April 17, 2026 and we have been awaiting the scheduling of an IV interview since that date.

The USC Petitioner, through my office, respectfully requests an expedited immigrant visa interview at the U.S. Embassy in Islamabad for his wife based on urgent humanitarian circumstances involving both (1) the U.S. citizen petitioner's serious medical condition requiring surgery AND (2) the deteriorating security situation in the region of Pakistan where the beneficiary currently resides.

1. Urgent Medical Need of the U.S. Citizen Petitioner

Dr. Rahmat is under the care of Jonathan Gottlieb, MD, and is scheduled to undergo two major surgeries: prostate surgery and umbilical hernia repair. Dr. Gottlieb confirms that Dr. Rahmat will require continuous assistance with transportation, medication management, wound care, mobility, and post-operative monitoring. He has no family members in the United States who can provide this around the clock care. His wife, Marya Khan, is the only available caregiver capable of providing the sustained support required for his safe and complete recovery.

2. Documented Security Risks in the Beneficiary's Region

The beneficiary and the couple's son currently reside in the North West Frontier Province (NWFP) area of Pakistan that is subject to a Level 4 "Do Not Travel" advisory issued by the U.S. Department of State due to terrorism and civil unrest.

Recent reporting from local and international media has documented violent attacks, including a rocket attack on a civilian transport vehicle in Swat this month, triggered widespread protests and heightened instability in the region. This is the exact same region where the beneficiary spouse and their son live. It is too dangerous for the USC Petitioner to even attempt to visit.

These conditions create significant safety risks for the beneficiary and the couple's minor child, and they further underscore the humanitarian urgency of reuniting the family in the United States. Delaying her immigrant visa interview prolongs their exposure to these conditions and prevents her from providing medically necessary care and support to her USC husband.

3. Case Is Fully Ready for Interview

The case is approved and fully documentarily qualified as of 60 days ago. The only remaining step is the scheduling of an immigrant visa interview at the Islamabad post. An expedited appointment would not prejudice government resources and would directly address both the petitioner's medical vulnerability and the beneficiary's safety.

Request

For these reasons, we respectfully request that NVC expedite the transfer of this case to the U.S. Embassy in Islamabad for the earliest possible immigrant visa interview.

Please note that I have attached updated medical letters for the USC Petitioner and DOS warnings specifically advising USCs "DO NOT TRAVEL" to the region of Pakistan where the Applicant and the couple's son reside. A recent article documenting the rocket attack in the neighborhood of the Applicant and the couple's son this month is attached for your reference as well.

Please do not hesitate to reach out with any questions or requests.  We are prepared to answer.  Thank you for your prompt consideration.

---------- Forwarded message ---------
From: **Apodaca, Joey** <Joey.Apodaca@mail.house.gov>
Date: Tue, May 5, 2026 at 10:28 AM
Subject: FW: Congressman Lieu's Office / ISL2026581009
To: [redacted]

Hello Dr. Khan,

Below is the Embassy's response to the inquiry that we sent on your behalf.

Sincerely,

Joey Apodaca

Deputy District Director

Congressman Ted Lieu (CA-36)

Los Angeles Office: 323-651-1040

---

**Sent:** Tuesday, May 5, 2026 6:29 AM
**To:** Apodaca, Joey <Joey.Apodaca@mail.house.gov>
**Subject:** Re: [External] Congressman Lieu's Office / ISL2026581009

The Honorable Congressman Ted Lieu

House of Representatives

Washington, D.C.

Attn: Joey Apodaca

Dear Congressman Lieu:

Thank you for your May 5 inquiry on behalf of your constituent, Dr. Rahmat Khan. Your constituent contacted your office concerning the immigrant visa case of Marya Khan.

Department of State consular records indicate that the applicant's case has not been transferred from the National Visa Center to the U.S. Embassy. For more information about the status of this case or to request expedited processing, we would advise your constituent to contact the National Visa Center directly: https://travel.state.gov/content/travel/en/us-visas/immigrate/national-visa-center/nvc-contact-information.html.

In the meantime, we encourage your constituent to monitor the website of the U.S. Embassy for updates about visa processing at https://pk.usembassy.gov/visas/.

If your constituent has additional questions regarding the process, s/he may also contact us directly.

Please note that the information regarding this visa case is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States." Since you have inquired on behalf of the applicant, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicant, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with your constituent.

We hope this information is helpful in responding to your constituent.

Sincerely,

Immigrant Visa Unit

Consular Section / km

U.S. Embassy Islamabad

**Thank you,**

***Ban Al-Wardi, Esq.*** *(she/her/هي)*

**Law Office of Ban Al-Wardi**

**4030 Palos Verdes Drive North, Suite 200**

**Rolling Hills Estates, CA 90274**

**Tel: 310.544.9827 | www.alwardilaw.com**

*"Resisting injustice begins with seeing the humanity in each other — even when systems try to erase it." - Haifa Zangana*

SENSITIVE BUT UNCLASSIFIED

---

[redacted]

[Quoted text hidden]